Brian D. Buckley (pro hac vice to be filed)
bbuckley@fenwick.com
FENWICK & WEST LLP
1191 2nd Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511

LIWEN A. MAH (CSB No. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendant
ONCOGENEX TECHNOLOGIES, INC.
for the limited purpose of challenging
personal jurisdiction

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IONIS PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ONCOGENEX TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 16-cv-0016-JAH-RBB<br><br>**DEFENDANT ONCOGENEX TECHNOLOGIES, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>**[Fed. R. Civ. Proc. 12(b)(2)]**<br><br>Date: June 13, 2016<br>Time: 2:30 P.M.<br>Courtroom: 13B, 13th Floor<br>Judge: Honorable John A. Houston |

## NOTICE OF MOTION AND MOTION TO DISMISS

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

Defendant OncoGenex Technologies, Inc. ("OncoGenex"), gives notice that on June 13, 2016 at 2:30 P.M., or such other time thereafter as the Court may direct, in Courtroom 13B of the United States Courthouse at 333 West Broadway, San Diego, California, OncoGenex will, and hereby does, move the Court pursuant to Federal Rule of Civil Procedure 12(b)(2) to dismiss Plaintiff Ionis Pharmaceutical, Inc.'s action because this Court lacks personal jurisdiction over OncoGenex, which does not reside in California and lacks minimum contacts with California.

OncoGenex bases this motion upon this Notice; the accompanying Memorandum of Points and Authorities; all pleadings and documents on file in this action; and any other materials or argument that the Court may properly consider in connection with this motion.

Dated: March 4, 2016         FENWICK & WEST LLP


By: */s/ Liwen A. Mah*
        Liwen A. Mah

Attorneys for Defendant
ONCOGENEX TECHNOLOGIES, INC.
for the limited purpose of challenging personal jurisdiction

Email: lmah@fenwick.com