1  Brian D. Buckley (*pro hac vice to be filed*)
   bbuckley@fenwick.com
2  FENWICK & WEST LLP
   1191 2nd Avenue, 10th Floor
3  Seattle, WA  98101
   Telephone:  206.389.4510
4  Facsimile:   206.389.4511

5
   LIWEN A. MAH (CSB No. 239033)
6  lmah@fenwick.com
   FENWICK & WEST LLP
7  555 California Street, 12th Floor
   San Francisco, CA  94104
8  Telephone:  415.875.2300
   Facsimile:   415.281.1350
9

10 Attorneys for Defendant
   ONCOGENEX TECHNOLOGIES, INC.
11

12              UNITED STATES DISTRICT COURT

13             SOUTHERN DISTRICT OF CALIFORNIA

14

15 IONIS PHARMACEUTICALS, INC.,          Case No. 16-cv-0016-JAH-RBB

16              Plaintiff,               **DEFENDANT ONCOGENEX**
                                         **TECHNOLOGIES, INC.'S NOTICE**
17        v.                             **OF PARTY WITH FINANCIAL**
                                         **INTEREST**
18 ONCOGENEX TECHNOLOGIES,
   INC.,                                 Judge:      Honorable John A. Houston
19
                Defendant.
20

21

22        Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 40.2,

23 and without waiver of personal jurisdiction, OncoGenex Technologies, Inc.

24 identifies OncoGenex Pharmaceuticals, Inc. as its parent corporation. No other

25 publicly held company owns 10% or more of the stock of OncoGenex

26 Technologies, Inc.

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

Dated:        March 4, 2016                    FENWICK & WEST LLP

2
                                              By: /s/ Liwen A. Mah
3                                                 Liwen A. Mah

4                                              Attorneys for Defendant
                                              ONCOGENEX TECHNOLOGIES, INC.
5                                              for the limited purpose of challenging
                                              personal jurisdiction
6
                                              Email: lmah@fenwick.com
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO